UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                          **CASE NO. 2:22-CR-00004-BSM**

**CHRISTOPHER HARRISON, et al.**                                       **DEFENDANTS**

### ORDER

     Defendant Angela Golden's unopposed motion to continue her January 9, 2023 trial date [Doc. No. 400] is granted. Because no severance has been granted, the motion is granted as to Angela Golden and her co-defendants Christopher Harrison, Quentis Harris, Donald Chess, Jeremy McCleary, Early Bird Johnson, Joe Hodges, Gwen Patterson, Oscar Hodges, Octavious Hodges, Christopher Houston, Lloyd Scott, Ricky McDaniel, Christopher Cochran, Kempton Anderson, Gregory Northington, Antonios Reed, Tracy Pickins, Reousca Rodgers, Andre McDaniel, Antonio Calloway, Clement Newton, Don Franklin, Gregory Hale, Melvin Watson, Robert Brown, Terry White, Tristan Harris, Willie Brown, and Willie Cooper.

     Failure to grant a continuance would deny defendants reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendants' interest in a speedy trial. The trial is continued to the week of May 22, 2023, at 9:30 a.m. in Courtroom #314, Jacob Trieber Federal Building, U.S. Post Office & Courthouse, 617 Walnut, Helena, Arkansas 72342. The period

of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 9th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE