IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 8 2023

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case: 2:22-CR-0004 -BSM-1 |
| Plaintiff(s) ) | |
| v. ) | |
| ) | |
| Christopher Harrison ) | |
| _____ ) | |
| Defendant(s) ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Defendant Christopher Harrison, for his motion to admit counsel *pro hac vice*, states:

1. Attorney Terrell Tooten is a legal practitioner with an office located at 5744 Rayben Circle, Memphis, Tennessee 38115.

2. Mr. Tooten is a trial attorney and member in good standing of the Bars of Tennessee (**Appendix A**), Western District of Tennessee (**Appendix B**), and the Sixth Circuit Court of Appeals.

3. Mr. Tooten states and affirms that he will comply with the Local Rules of the United States District Court for the Eastern and Western District of Arkansas, and all procedural requirements for this Court.

4. Mr. Tooten further acknowledges that he is within the jurisdiction of this Court for matters of discipline.

5. Mr. Tooten requests admittance to appear and participate as counsel for Defendant Christopher Harrison.

6. In accordance with Local Rule 83.5(d), Defendant Christopher Harrison designates Christopher Baker, of the James Law Firm, who is a member in good standing before the Arkansas Bar and this Court, as its local counsel. Mr. Baker's Arkansas State Bar number is 2022124. Additional contact information is in the signature block below.

WHEREFORE, Defendant Christopher Harrison, respectfully requests that its motion to admit counsel *pro hac vice* be granted and that Terrell Tooten be permitted to appear and participate as counsel for Christopher Harrison in this matter.

Dated: February 27, 2023

Respectfully submitted,

*[signature]*

Christopher H. Baker, Esq.
Arkansas Bar No. 2022124
*Attorney for Christopher Harrison*
Email: Chris@Jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, Arkansas 72201
Telephone: (501) 375-0900
Fax: (501) 375-1356

/s/Terrell Tooten
TN Bar No. 028506
*Attorney for Christopher Harrison*
Email: x99tooten@gmail.com
5744 Rayben Circle
Memphis, TN 38115
O: (901) 609-3622
F: (901) 347-8776

### Declaration of Attorney Terrell Tooten

I, Attorney Terrell Tooten, as evidenced by my signature below, swear or affirm to the representations made in this Motion. These representations are true and correct, subject to penalty of perjury. This Declaration is being made pursuant to 28 U.S.C. § 1746.

/s/Terrell Tooten
TN Bar No. 028506
*Attorney for Christopher Harrison*
Email: x99tooten@gmail.com
5744 Rayben Circle
Memphis, TN 38115
O: (901) 609-3622
F: (901) 347-8776

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2023, a copy of the foregoing motion was hand delivered to the opposing party at 425 W. Capital Ave. #500, Little Rock, AR 72201.

Christopher H. Baker, Esq.
Arkansas Bar No. 2022124

# APPENDIX A

Supreme Court of Tennessee Certificate of Good Standing for Terrell Tooten.

## Supreme Court of Tennessee

## Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

### Terrell Tooten

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on February 18, 2010, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 20th day of June, 2022.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: ___ F. Bennett, D.C.

## **APPENDIX B**

Certificate of Good Standing for Terrell Tooten for the Western District of Tennessee

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY that Terrell L. Tooten was duly admitted to practice in said Court on March 15, 2012 and is in good standing as a member of the bar of said Court. There is no disciplinary committee at the Western District of Tennessee therefore, the attorney has no disciplinary history with the court. Further, I am unaware of any disciplinary matters involving this attorney in this jurisdiction or elsewhere.

Dated at Memphis, Tennessee

on June 9, 2022.

THOMAS M. GOULD
Clerk of Court

By _____
Deputy Clerk