IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

_____

| | |
|---|---|
| United States of America | ) |
| | ) |
|     Plaintiff, | )   2:22-cr-00004-BSM |
| v. | ) |
| | ) |
| Christopher Harrison | ) |
|     Defendant. | ) |

_____

**Defendant Christopher Harrison's Response to Antonios Reed Motion to Continue Trial Document 474**

_____

Comes now Defendant Christopher Harrison, and files this Response to Antonios Reed's Motion to Continue Trial.

Defendant Christopher Harrison does not oppose a continuous for Antonios Reed and the other co-defendants, but Defendant Christopher Harrison does oppose a continuous of his Trial, and he is ready to proceed forward.

Defendant re-states his position from his Pre-Trial Report as follows:

In the Amended Scheduling Order, Document 423, it reflects that the matter is set for Trial on May 22, 2023.

Thirty days before the scheduled trial date, the parties must file a joint report stating whether the case is ready for trial or plea, or whether a continuance will be sought.  **Id.**  If the case is ready for trial, the parties must state how many days that it will take to try.  **Id.**

Motions are to be filed at least twenty-one days prior to trial, and responses to motions are due seven calendar days after the motion is filed.  **Id.**

Based on the Amended Scheduling Order, which was set to bring a fair and prompt

resolution, Defendant filed multiple motions: A Motion to Sever Co-Defendants; A Motion to Exclude Expert Testimony; A Motion to Exclude Evidence Not Provided; and A Motion to Suppress Evidence. The Motions were all filed on April 10, 2023. To this date, there have been no responses filed by the Government, or no requests for an extension of time to file a response, with the responses having been due April 17, 2023. **Id.**

In addition, the Court, through its clerk, contacted the parties on April 18, 2023 to determine if the Trial was still going forward and Defendant responded back that it was.

Defendant who has timely filed a motion to sever himself from the co-defendants and the motion has not been timely opposed by the Government and stands unopposed.

Defendant is being held with no bond at this time and is seeking a prompt and fair resolution as laid out by the Amended Scheduling Order and supported by Due Process and the Speedy Trial Act.

In order to protect all of the defendants' rights, it would be fair if Defendant Christopher Harrison was severed from the co-defendants, as he has requested in an unopposed motion, and that the Trial be continued for the other co-defendants, which as of the time of this filing there is no opposition to. To do otherwise, would be to violate Defendant Harrison's rights, and ignore the clear and unambiguous language in the Scheduling Order. It would also effectively deny Defendant Harrison's Motion to Sever, which was never timely opposed to begin with.

Therefore, Defendant Christopher Harrison seeks to have his unopposed Motion to Sever Co-Defendants granted which would allow Defendant's rights to be protected while at the same time protecting the rights of the co-defendants.

                                                Respectfully Submitted,

                                                s/*Terrell Tooten*

TN BPR 028506
5744 Rayben Circle
Memphis, TN, 38115
(901) 609-3622 Office
(901) 347-8776 fax
x99tooten@gmail.com

Christopher H. Baker
AR Bar Number 2022124
chris@jamesfirm.com
1001 La Harpe Blvd
Little Rock, AR, 72202
(501) 375-0900 telephone
Attorneys for Defendant
Christopher Harrison

### Certificate of Service

I hereby certify that a true and exact copy of this pre-Trial Report was submitted to opposing counsel through the Electronic Filing System on this the 24th day of April, 2023.

*s/Terrell Tooten*

Terrell Tooten